1  FISHER & PHILLIPS LLP
   MARK J. RICCIARDI, ESQ.
2  Nevada Bar No. 3141
   JOHN M. ORR, ESQ.
3  Nevada Bar No. 14251
4  300 S. Fourth Street, Suite 1500
   Las Vegas, NV  89101
5  Telephone: (702) 252-3131
   E-Mail Address:
6  mricciardi@fisherphillips.com
7  jorr@fisherphillips.com
   *Attorneys for Defendants*
8  *Security 1st Title of Nevada, LLC,*
   *Syndeo Outsourcing, LLC, and*
9  *Syndeo Outsourcing II, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY HARRIS, an individual; | Case No: 2:24-cv-02221-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (FIRST REQUEST)** |
| vs. | |
| SECURITY 1st TITLE OF NEVADA, LLC; SYNDEO OUTSOURCING, LLC; SYNDEO OUTSOURCING II, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive | |
| Defendants. | |

It is hereby stipulated and agreed by the parties' counsel of record that Defendants Security 1st Title of Nevada, LLC, Syndeo Outsourcing, LLC, and Syndeo Outsourcing II, LLC, will have an extension of time up to and until January 10, 2025, to files their answer or otherwise respond to Plaintiff's Complaint. The parties have agreed to this extension to accommodate and to avoid potential conflicts ahead of their respective holiday schedules.

1   Additionally, the parties are exploring a potential resolution of this matter and
2   agree that this request will facilitate those discussions.

3   Dated this 6th day of December 2024

| GABROY|MESSER | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Christian Gabroy<br>CHRISTIAN GABROY, ESQ.<br>KAINE MESSER, ESQ.<br>1980 Festival Plaza Drive,<br>Suite 730<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs* | By: /s/ John M. Orr<br>MARK J. RICCIARDI, ESQ.<br>JOHN M. ORR, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

December 9, 2024
DATED

- 2 -

FP 53100549.1