FISHER & PHILLIPS LLP
MARK RICCIARDI, ESQ.
Nevada Bar No. 3141
BRANDON A. BORN, ESQ.
Nevada Bar No. 15181
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
mricciardi@fisherphillips.com
bborn@fisherphillips.com

JASON KECK, ESQ.
Admitted pro hac vice
10 S. Wacker Drive, Suite 3450
Chicago, IL 60606
(312) 3346-8061
jkeck@fisherphillips.com

*Attorneys for Defendants*
*Security 1st Title of Nevada, LLC,*
*Syndeo Outsourcing, LLC, and*
*Syndeo Outsourcing II, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY HARRIS, an individual; | Case No: 2:24-cv-02221-NJK |
| Plaintiff, | **MOTION FOR LEAVE TO WITHDRAW ATTORNEY JOHN ORR FROM CASE** |
| vs. | |
| SECURITY 1st TITLE OF NEVADA, LLC; SYNDEO OUTSOURCING, LLC; SYNDEO OUTSOURCING II, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive | |
| Defendants. | |

Defendants Security 1st Title of Nevada, LLC, Syndeo Outsourcing, LLC, and Syndeo Outsourcing II, LLC, by and through their counsel, Fisher & Phillips, LLP., hereby requests leave of Court to remove attorney John Orr, Esq. as counsel of record

FP 54073140.1

1  from the above-captioned case and the Court's docket.  Mr. Orr is no longer assigned to

2  work on this case and his withdrawal will not cause any delay in the action.

4      Jason Keck, Esq. will remain as lead counsel of record for Defendants Security

5  1st Title of Nevada, LLC, Syndeo Outsourcing, LLC, and Syndeo Outsourcing II, LLC.

          FISHER & PHILLIPS LLP
          By: */s/ Brandon A. Born*
          BRANDON A. BORN, ESQ.
          300 S. Fourth Street, Suite 1500
          Las Vegas, Nevada 89101
          *Attorneys for Defendants*

IT IS SO ORDERED.
Dated: March 7, 2025

Nancy J. Koppe
United States Magistrate Judge