FISHER & PHILLIPS LLP
MARK RICCIARDI, ESQ.
Nevada Bar No. 3141
BRANDON A. BORN, ESQ.
Nevada Bar No. 15181
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
mricciardi@fisherphillips.com
bborn@fisherphillips.com

JASON KECK, ESQ.
Admitted pro hac vice
10 S. Wacker Drive, Suite 3450
Chicago, IL 60606
(312) 3346-8061
jkeck@fisherphillips.com
*Attorneys for Defendants*
*Security 1st Title of Nevada, LLC,*
*Syndeo Outsourcing, LLC, and*
*Syndeo Outsourcing II, LLC*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY HARRIS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY 1st TITLE OF NEVADA, LLC; SYNDEO OUTSOURCING, LLC; SYNDEO OUTSOURCING II, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive<br><br>Defendants. | Case No: 2:24-cv-02221-NJK<br><br>**UNOPPOSED MOTION FOR DEFENDANTS' CARRIER REPRESENTATIVE REBECCA BRENIA TO APPEAR REMOTELY AT EARLY NEUTRAL EVALUATION** |

Defendants Security 1st Title of Nevada, LLC, Syndeo Outsourcing, LLC, and Syndeo Outsourcing II, LLC (collectively "Defendants"), by and through their counsel of record, Fisher & Phillips, LLP, file this Unopposed Motion for Defendants' Carrier Representative Rebecca Brenia to Appear Remotely at Early Neutral Evaluation ("ENE"), which is set for March 25, 2025.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Defendants' representatives and their counsel of record Jason Keck, Esq. of Fisher & Phillips, LLP will attend the ENE in person. However, Defendants' carrier representative Rebecca Brenia, is located in Houston, Texas and traveling to Nevada for the ENE on the scheduled date would impose logistical challenges and financial burdens that could be better devoted towards a potential resolution. Remote appearance would eliminate the need for travel, thereby reducing costs associated with airfare, accommodation, and other travel related expenses. Rebecca Brenia is a key participant in these discussions and has set aside the requisite time to be intimately involved in the ENE at the currently scheduled time and for the duration of the ENE. The use of audiovisual technology and/or telephone allows for Rebecca Brenia's effective participation in the ENE without compromising the quality of the proceedings.

For these reasons, Defendants respectfully request that Rebecca Brenia be permitted to appear remotely at the ENE. The lack of physical presence will not prevent Defendants' carrier representative Rebecca Brenia, who has set aside March 25 for the ENE, from being a full and fully engaged participant in the ENE.

Dated this 6th day of March, 2025.

FISHER & PHILLIPS LLP

By: */s/ Brandon A. Born*___
BRANDON A. BORN, ESQ.
JASON KECK, ESQ.
300 S. Fourth Street, Suite1500
Las Vegas, Nevada 89101
*Attorneys for Defendants*

The Court notes that the motion is titled an "unopposed" motion, but includes no language regarding any discussion between counsel for Defendants and counsel for Plaintiffs. Nonetheless, the Court accepts counsel's representation that the motion is unopposed and GRANTS the motion for remote appearance. (ECF No. 25). Defendant shall include an email address for Ms. Brenia in their evaluation statement so that she may receive a link to attend the ENE.

______________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2025

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**CERTIFICATE OF SERVICE**

This is to certify that on the 6th day of March 2025, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the foregoing **MOTION FOR DEFENDANTS' CARRIER REPRESENTATIVE REBECCA BRENIA TO APPEAR REMOTELY AT EARLY NEUTRAL EVALUATION** with the District Court, and a copy was electronically transmitted from the Court to the e-mail address for:

Christian Gabroy, Esq.
christian@gabroy.com
Kaine Messer, Esq.
kmesser@gabroy.com

By: /s/Nicole Reeb
An employee of Fisher & Phillips LLP