Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Jeffrey Harris*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY HARRIS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY 1st TITLE OF NEVADA, LLC; SYNDEO OUTSOURCING, L.L.C.; SYNDEO OUTSOURCING II, L.L.C.; DOES I through X; and ROE Corporations XI through XX, inclusive;<br><br>Defendants. | Case No.: 2:24-cv-02221-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Jeffrey Harris ("Plaintiff") and Defendants Security 1st Title of Nevada, LLC, Syndeo Outsourcing, L.L.C., and Syndeo Outsourcing II, L.L.C. ("Defendants"), by and through their respective counsel of record, that this action shall be dismissed with prejudice.

/ / /

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

| | |
|---|---|
| Dated this 27th day of May 2025. | Dated this 27th day of May 2025. |
| Respectfully submitted, | Respectfully submitted, |
| GABROY \| MESSER | FISHER & PHILLIPS LLP |
| */s/ Christian Gabroy* | */s/ Jason Keck* |
| Christian Gabroy<br>Nev. Bar No. 8805<br>Kaine Messer<br>Nev. Bar No. 14240<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>christian@gabroy.com<br>kmesser@gabroy.com | Jason Keck<br>Admitted *Pro Hac Vice*<br>10 South Wacker Drive<br>Suite 3450<br>Chicago, IL 60606<br>jkeck@fisherphillipscom<br><br>Brandon A. Born<br>Nev. Bar No. 15181<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>bborn@fisherphillips.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED:   May 28, 2025